1
2
3
4
5
6
7

#### UNITED STATES DISTRICT COURT

#### CENTRAL DISTRICT OF CALIFORNIA

```
LINDA ROSA MARIA CARDENAS,      )   No.   EDCV 13-1018-CW
                                )
            Plaintiff,          )   JUDGMENT
                                )
       v.                       )
                                )
CAROLYN W. COLVIN, Acting       )
Commissioner, Social Security   )
Administration,                 )
                                )
            Defendant.          )
_____)
```

   **IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: March 12, 2014

                                  _____
                                        CARLA M. WOEHRLE
                                  United States Magistrate Judge